[No. 46323-3-I. Division One. September 17, 2001.]

RICK BRAY, *Appellant*, v. CKM ASSOCIATES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-20367-0, R. Joseph Wesley, J., entered August 16, 1999. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Becker, A.C.J., and Ellington, J.

[No. 46489-2-I. Division One. September 17, 2001.]

THE STATE OF WASHINGTON, *Appellant*, v. DAVID WILLIAM GARRETT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-09513-4, LeRoy McCullough, J., entered April 24, 2001. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Agid, C.J., and Becker, J.

[No. 46550-3-I. Division One. September 17, 2001.]

*In the Matter of the Personal Restraint of* LESLY R. HOGAN, *Petitioner.*

Petition for relief from personal restraint. *Denied* by unpublished per curiam opinion.

[No. 46782-4-I. Division One. September 17, 2001.]

MARGARET D. ALLEN, *Appellant*, v. THE UNIVERSITY OF WASHINGTON SCHOOL OF MEDICINE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-27008-0, Sharon S. Armstrong, J., entered May 5, 2000. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Becker, A.C.J., and Webster, J.